**SO ORDERED.**

**SIGNED this 05 day of April, 2010.**



_____
JANICE MILLER KARLIN
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS AT TOPEKA

| | |
|---|---|
| In Re: | |
| James Hartness, II, *Debtor(s)* | Case No. 09-41813-jmk |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan servicing agent for *Creditor* | Chapter: 13 |
| vs. | |
| James Hartness, II, *Debtor(s)* | |
| and | |
| Jan Hamilton, *Trustee* | |

### ORDER GRANTING RELIEF FROM STAY AND CO DEBTOR STAY

**THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., by US Bank Home Mortgage, its successors or assigns ("Creditor"), for its Motion for Relief from Stay. Notice with Opportunity of Hearing on this matter was properly given, no timely objections were filed, and no hearing was held on the matter.

File No. 110985
Case No: 09-41813-jmk

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage (KY) v. James Hartness, II
Case No. 09-41813-jmk
Chapter 13
Order Granting Relief From Stay
Page 2

**IT IS THEREFORE BY THE COURT ORDERED** that said Motion be and it is hereby GRANTED, in that Creditor, its successors or assigns, is hereby authorized to foreclose the lien of its mortgage as to the real property legally described as

**Lot 22, Block H, MONTARA SUBDIVISION, Shawnee County, Kansas.,** commonly known as 7030 SW Montara Pkwy, Topeka, KS 66616, (the "Property")

**IT IS FURTHER ORDERED**, that Creditor, its successors or assigns, is hereby authorized to pursue its state court remedies to recover possession of the aforesaid real estate in accordance with the terms and provisions of its Mortgage and the laws of Kansas pertaining thereto, and for such purposes the stays of 11 U.S.C. Section 362 are hereby terminated.

**IT IS SO ORDERED**

###

SOUTH & ASSOCIATES, P.C.
  *s/ Steven L. Crouch*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Courtney K. Blasi, (MBE #60506; KS #78129)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**


  *s/ JAN HAMILTON*
Jan Hamilton
507-9 SW Jackson
PO Box 3527
Topeka, KS  66601
**TRUSTEE**


File No. 110985
Case No: 09-41813-jmk